CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
Email: caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
Email: burrow@caldwell-leslie.com
TINA WONG, SBN 250214
Email: wong@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone (213) 629-9040
Facsimile (213) 629-9022

Attorneys for Defendant
WARNER BROS. ENTERTAINMENT INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendant. | CASE NO. CV 08-07739 RGK (RCx)<br><br>The Honorable R. Gary Klausner<br><br>**COUNTERCLAIM** |
| **WARNER BROS. ENTERTAINMENT INC.**<br><br>**Counter-Claimant,**<br><br>**v.**<br><br>**SERENDIP LLC, a New York limited liability company,**<br><br>**Counter-Defendant.** | |

Without conceding that it bears the burden of proof as to any of these issues, and reserving its right to add additional counterclaims as discovery progresses, Defendant and Counter-claimant Warner Bros. Entertainment Inc. ("Warner Bros.") hereby asserts the following counterclaim against Plaintiff and Counter-defendant Serendip LLC, a New York limited liability company ("Serendip") (collectively, "Plaintiffs"):

**JURISDICTION**

1. Warner Bros. is a Delaware corporation with principal place of business in Burbank, California.

2. On information and belief, Serendip is a limited liability company formed under the laws of the State of New York, with its principal place of business in New York.

3. This Court has original jurisdiction over Warner Bros.' counterclaim pursuant to 28 U.S.C. § 1332 in that it is a civil action between citizens of different states in which the matter in controversy, exclusive of costs and interest, exceeds $75,000.

4. This Court also has supplemental jurisdiction over Warner Bros.' counterclaim pursuant to 28 U.S.C. § 1367 in that the claim asserted herein is so related to the claims asserted in Plaintiffs' complaint as to form the same case or controversy.

**UNFAIR COMPETITION**

**(Cal. Bus. & Prof. Code § 17200 et seq.)**

5. On or about January 25, 1980, Wendy Carlos ("Carlos"), on her own behalf and as president of Trans-Electronic Music, Inc. ("Trans-Electronic"), entered a "Composer Loanout Agreement" with Peregrine Filmmaatschappij, N.V. ("Peregrine"), which provided that Carlos would write, compose, arrange, orchestrate, and conduct the recording of music for the picture and trailer of "The Shining." The parties agreed that all works created pursuant to the agreements

"is and shall be considered a 'work made for hire' for [Peregrine]'; and that [Peregrine] is and shall be considered the author and composer of said material for all purposes."

6. The work entitled "Clockworks" was created and recorded by Carlos pursuant to the Composer Loanout Agreement. "Clockworks" is therefore a "work made for hire" under the terms of the Composer Loanout Agreement.

7. Also on or about January 25, 1980, Trans-Electronic and Peregrine entered into a separate letter agreement (the "Letter Agreement") whereby the parties acknowledged that Trans-Electronic had produced a demonstration tape in connection with "The Shining" and agreed that, for the additional sum of $1,000, "all musical compositions contained in said demonstration tape shall be deemed included within the music composed by [Wendy Carlos] under [The Composer Loanout Agreement]."

8. The work entitled "Valse Triste" is contained within the demonstration tape referenced in the Letter Agreement. "Valse Triste" is therefore a "work made for hire" under the terms of the Composer Loanout Agreement and the Letter Agreement.

9. Warner Bros. is informed and believes, and on that basis alleges, that Serendip is the successor-in-interest to Trans-Electronic and is therefore bound by the Composer Loanout Agreement and the Letter Agreeemnt.

10. Warner Bros. is the successor-in-interest to the rights obtained by Peregrine in the Composer Loanout Agreement and the Letter Agreement.

11. Warner Bros. is informed and believes, and on that basis alleges, that Serendip submitted an application to register a work entitled, "Rediscovering Lost Scores" and individual works contained in "Rediscovering Lost Scores" to the U.S. Copyright Office.

12. Among the individual works contained in "Rediscovering Lost Scores" are recordings entitled, "Nocturnal Valse Triste" and "Clockworks."

Warner Bros. is informed and believes, and on that basis alleges, that the recording entitled “Nocturnal Valse Triste” is identical in all but name to the recording entitled “Valse Triste” that was composed, arranged, orchestrated, performed and/or recorded by Carlos for the picture and trailer of “The Shining.”

13. Warner Bros. is informed and believes, and on that basis alleges, that Serendip informed the U.S. Copyright Office that “Rediscovering Lost Scores” and the individual works contained therein were not works made for hire.

14. Warner Bros. is further informed and believes, and on that basis alleges, that Serendip represented to the U.S. Copyright Office that it owned the copyrights to “Rediscovering Lost Scores” and the individual works therein pursuant to a transfer of all rights by the authors. Upon information and belief, Serendip represented to the Copyright Office that Wendy Carlos and/or Rachel Elkind are the authors of “Rediscovering Lost Scores” and the individual works contained therein.

15. At the time of these representations to the U.S. Copyright Office, Serendip knew that, in fact, (a) “Valse Triste” and “Clockworks” are works made for hire; (b) Peregrine’s successor-in-interest is considered the author and composer of “Valse Triste” and “Clockworks” for all purposes; and (c) Carlos did not have the right to, and could not have, transferred all rights in “Valse Triste” and “Clockworks.” Serendip also knew that “Nocturnal Valse Triste” is identical to “Valse Triste” in all but name.

16. In reliance on Serendip’s false representations, the U.S. Copyright Office issued copyright registration number SR 610-073 to Serendip for “Rediscovering Lost Works” and individual titles contained therein. A copy of the registration certificate is attached to the Complaint filed by Serendip and Carlos as Exhibit B.

17. Warner Bros. is informed and believes, and on that basis alleges, that the U.S. Copyright Office would not have issued copyright registration number SR

610-073 to Serendip for "Rediscovering Lost Works" and individual titles contained therein if it had known that (a) "Valse Triste" and "Clockworks" are works made for hire; (b) Peregrine's successor-in-interest is considered the author and composer of "Valse Triste" and "Clockworks" for all purposes; and (c) Carlos did not have the right to, and could not have, transferred all rights in "Valse Triste" and "Clockworks."

18. Under the aegis of their fraudulent registration of, and claim to, the copyright to "Valse Triste" and "Clockworks," Serendip and Wendy Carlos have enriched themselves by selling recordings, including compact discs, containing "Valse Triste" and "Clockworks."

19. As a direct consequence of Serendip's actions, Warner Bros. has been harmed because the public and the U.S. Copyright Office erroneously believes that Serendip, and not Warner Bros., owns the copyright to "Valse Triste" and "Clockworks."

20. Warner Bros. is informed and believes that Serendip will continue to claim the copyright to, and to sell recordings containing, "Valse Triste" and "Clockworks" unless and until the court orders Serendip to cease and desist. Serendip's continuing wrongful conduct, unless and until restrained by an order of this court, will cause great and irreparable harm to Warner Bros. Warner Bros. has no adequate remedy at law for the injuries currently being suffered or which will result in the future from Serendip's continued wrongful conduct.

21. Serendip's acts hereinabove alleged are unlawful, unfair and/or fraudulent acts within the meaning of California Business and Professions Code Section 17200 et seq.

WHEREFORE, Warner Bros. prays as follows:

I. For a permanent injunction enjoining Serendip, its agents, servants, and employees, and all persons acting in concert with, or for them from directly or indirectly in any manner claiming the rights and benefits of having registered the copyright to “Valse Triste” and “Clockworks” with the U.S. Copyright Office.

II. For a permanent injunction requiring Serendip to withdraw its claim to the copyright registration of “Valse Triste” and “Clockworks.”

III. For damages according to proof;

IV. That Warner Bros. be awarded its costs of suit incurred in the defense of this action, including reasonable attorneys’ fees to the extent such fees are authorized; and

V. For such other and further relief as the Court may deem just and proper.

DATED: February 6, 2009

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC

By /s/
LINDA M. BURROW
Attorneys for Defendant WARNER BROS. ENTERTAINMENT INC.

**DEMAND FOR JURY TRIAL**

Defendant Warner Bros. Entertainment Inc. hereby demands trial by jury in this action.

DATED: February 6, 2009

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC

By ______________/s/______________
LINDA M. BURROW
Attorneys for Defendant WARNER BROS. ENTERTAINMENT INC.