**Annemarie Franklin, Esq.**  (CA Bar No. 150734)
E-mail: af102@nyc.rr.com
830 Broadway
P.O. Box 1024 Cooper Station
New York, NY 10276-1024
212-475-1630

7562 Ellis Avenue, Suite A5
Huntington Beach, CA 92648
917-686-7420

**Frederick H. Cohn**
E-mail: fcohn@frederickhcohn.com
61 Broadway, Suite 1601
New York, NY 10006
212-768-1110

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>            Plaintiffs,<br><br>       vs.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>            Defendant. | Case CV08-07739 RGK (RCx)<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS COUNTERCLAIM PURSUANT TO FRCP 12(b)(6)** |
| WARNER BROS. ENTERTAINMENT INC.,<br><br>            Counter-Claimant,<br><br>       vs.<br><br>SERENDIP LLC & WENDY CARLOS,<br><br>            Counter-Defendants. | DATE:      April 20, 2009<br>TIME:       9:00 a.m.<br>PLACE:    Courtroom 850<br>                 255 E. Temple St.<br>                 Los Angeles, CA |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on April 20, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 850 of the United States District Court, 255 East Temple Street, Los Angeles, California, Plaintiff and Counter-Defendant Serendip LLC will move this Court to dismiss the Counterclaim pursuant to FRCP 12(b)(6) because Counter-Claimant Warner Bros. Entertainment Inc.'s counterclaim fails to state a claim upon which relief may be granted as a matter of law.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on February 20, 2009.

This motion will be based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities and other papers filed herewith, and the Pleadings filed herein.

Dated: February 26, 2009

By_____s/_____
    Annemarie Franklin
    Attorney for Plaintiff &
    Counter-Defendant
    Serendip LLC