CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
Email: caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
Email: burrow@caldwell-leslie.com
TINA WONG, SBN 250214
Email: wong@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California 90017-2463
Telephone (213) 629-9040
Facsimile (213) 629-9022

Attorneys for Defendant and Counter-claimant
WARNER BROS. ENTERTAINMENT INC.

[Additional counsel appear on next page]

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS, | CASE NO. CV 08-07739 RGK (RCx) |
| Plaintiffs, | The Honorable R. Gary Klausner |
| v. | |
| WARNER BROS. ENTERTAINMENT INC., | **STIPULATION RE DEFENDANT AND COUNTER-CLAIMANT WARNER BROS. ENTERTAINMENT INC.'S FIRST AMENDED COUNTERCLAIM** |
| Defendant. | |
| WARNER BROS. ENTERTAINMENT INC. | |
| Counter-claimant, | |
| v. | |
| SERENDIP LLC, a New York limited liability company, and WENDY CARLOS, an individual, | |
| Counter-defendants. | |

CALDWELL
LESLIE &
PROCTOR

1  ANNEMARIE FRANKLIN, SBN 150734
   Email: af102@nyc.rr.com
2  830 Broadway
   P.O. Box 1024 Cooper Station
3  New York, New York 10276-1024
   Telephone (212) 475-1630
4
   7562 Ellis Avenue, Suite A5
5  Huntington Beach, California 92648
   Telephone (917) 686-7420
6
   FREDERICK H. COHN
7  Email: fcohn@frederickhcohn.com
   61 Broadway, Suite 1601
8  New York, New York 10006
   Telephone (212) 768-1110
9
   Attorneys for Plaintiffs and Counter-defendants
10 SERENDIP LLC and WENDY CARLOS

CALDWELL
LESLIE &
PROCTOR

1  WHEREAS, Defendant and Counter-claimant Warner Bros. Entertainment
2  Inc. ("Warner Bros.") filed a Counterclaim against Plaintiff and Counter-defendant
3  Serendip LLC ("Serendip") on February 9, 2009;
4  WHEREAS, Serendip filed a Motion to Dismiss the Counterclaim on
5  February 26, 2009 and noticed the Motion for hearing on April 20, 2009;
6  WHEREAS, Serendip filed an Answer to the Counterclaim on March 30,
7  2009;
8  WHEREAS, Warner Bros. wishes to file a First Amended Counterclaim to
9  assert claims for copyright infringement and unfair competition against Counter-
10 defendants Serendip and Wendy Carlos ("Carlos"); and
11 WHEREAS, the Parties agree that it is in the interest of judicial economy to
12 allow the filing of the First Amended Counterclaim and to take the Motion off-
13 calendar, without prejudice to Serendip's right to refile the Motion at a later date;
14 NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the
15 Parties, through their respective counsel of record, as follows:
16 1. Warner Bros. shall be permitted to file the attached First Amended
17 Counterclaim; and

CALDWELL
LESLIE &
PROCTOR

-2-

2. Serendip and Carlos shall have 20 days from the date of filing to respond to the First Amended Counterclaim.

IT IS SO STIPULATED.

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC

DATED: April 2, 2009

By _____
LINDA M. BURROW
Attorneys for Defendant and Counter-claimant
WARNER BROS. ENTERTAINMENT INC.

DATED: April 1, 2009

By _____
ANNEMARIE FRANKLIN
Attorney for Plaintiffs and Counter-defendants
SERENDIP LLC and WENDY CARLOS

CALDWELL
LESLIE &
PROCTOR

2. Serendip and Carlos shall have 20 days from the date of filing to respond to the First Amended Counterclaim.

IT IS SO STIPULATED.

Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC

DATED: April 1, 2009

By _____
LINDA M. BURROW
Attorneys for Defendant and Counter-claimant
WARNER BROS. ENTERTAINMENT INC.

DATED: April 1, 2009

By _____
ANNEMARIE FRANKLIN
Attorney for Plaintiffs and Counter-defendants
SERENDIP LLC and WENDY CARLOS