**Annemarie Franklin, Esq.** (CA Bar No. 150734)
E-mail: af102@nyc.rr.com
830 Broadway
P.O. Box 1024 Cooper Station
New York, NY 10276-1024
212-475-1630

7562 Ellis Avenue, Suite A5
Huntington Beach, CA 92648
917-686-7420

**Frederick H. Cohn**
E-mail: fcohn@frederickhcohn.com
61 Broadway, Suite 1601
New York, NY 10006
212-768-1110

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>　　　　　Plaintiffs,<br>　　v.<br>WARNER BROS. ENTERTAINMENT INC.,<br><br>　　　　　Defendant. | CASE NO. CV 08-07739 RGK (RCx)<br><br>The Honorable R. Gary Klausner<br><br>**DECLARATION BY FREDERICK H. COHN IN SUPPORT OF STIPULATION REQUESTING RESETTING DATE OF SCHEDULING CONFERENCE** |
| WARNER BROS. ENTERTAINMENT INC.,<br>　　　　　Counter-Claimant,<br>　　v.<br>SERENDIP LLC & WENDY CARLOS,<br>　　　　　Counter-Defendants. | **Presently set for:**<br><br>DATE:　May 11, 2009<br>TIME:　　9:00 a.m.<br>PLACE: Courtroom 850<br>　　　　255 E. Temple St.<br>　　　　Los Angeles, CA |

I, Frederick H. Cohn, declare as follows:

1. I am the lead trial counsel for Plaintiffs and Counter-Defendants Serendip LLC and Wendy Carlos.

2. I make this declaration in support of the Stipulation, dated April 20, 2009, requesting this Court to reset the date of the scheduling conference.

3. This Court has previously set May 11, 2009 for the scheduling conference, and as a lead trial counsel, my appearance is required.

4. I was notified on April 6, 2009 that a trial for which I must appear in New York, which was originally scheduled for April 28, 2009, has been rescheduled to start on May 4, 2009, and as the trial is expected to last more than one week, I will be unable to be present at the scheduling conference on May 11, 2009.

5. After conferring with opposing counsel in this matter, counsel have determined that June 8, 2009 is the next possible date that all counsel may be present for the scheduling conference.

6. Counsel conducted the required Rule 26(f) early meeting of counsel on April 20, 2009.

7. This request supercedes the previous stipulation filed on April 10, 2009, to reset the scheduling conference for June 8, 2009, as some of the terms therein are no longer applicable, and the Court has yet to act upon it. No other request for a continuance has been made.

8. I respectfully request that this Court reset the scheduling conference for June 8, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 20, 2009

Frederick H. Cohn

-1-