# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 08-7739 RGK-RCx | Date | October 28, 2009 |
|---|---|---|---|
| Title | Serendip, LLC, et al. v. Warner Bros. Entertainment Inc. | | |

| Present: The Honorable | Carla M. Woehrle, United States Magistrate Judge | |
|---|---|---|
| Donna Y. Thomas | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Annemarie Franklin | Linda M. Burrow |

**Proceedings:**          Settlement Conference

.       Settlement conference held.  No agreement is reached at this time.  Counsel are directed to contact the court clerk to schedule a further conference following proceedings on contemplated cross-motions for summary adjudication if it appears that continued settlement discussions with the court could be productive.


cc:    Judge Klausner
       Counsel of Record

|   | 4 | : | 00 |
|---|---|---|---|
| Initials of Preparer | dt | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7739 RGK-RCx | Date | October 28, 2009 |
|---|---|---|---|
| Title | Serendip, LLC, et al. v. Warner Bros. Entertainment Inc. | | |