1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, SBN 106790
2  Email: caldwell@caldwell-leslie.com
   LINDA M. BURROW, SBN 194668
3  Email:  burrow@caldwell-leslie.com
   TINA WONG, SBN 250214
4  Email: wong@caldwell-leslie.com
   1000 Wilshire Blvd., Suite 600
5  Los Angeles, California  90017-2463
   Telephone (213) 629-9040
6  Facsimile (213) 629-9022

7  Attorneys for Defendant and Counter-claimant
   WARNER BROS. ENTERTAINMENT INC.

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  | | |
| --- | --- |
| SERENDIP LLC & WENDY CARLOS, | CASE NO. CV 08-07739 RGK (RCx) |
| Plaintiffs, | |
| v. | **DECLARATION OF LINDA M. BURROW IN SUPPORT OF WARNER BROS. ENTERTAINMENT INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT; EXHIBITS** |
| WARNER BROS. ENTERTAINMENT INC., | |
| Defendant. | |
| WARNER BROS. ENTERTAINMENT INC. | [Notice of Motion and Motion for Partial Summary Judgment, Declaration of Jan Harlan and Exhibit Thereto, and Separate Statement of Uncontroverted Facts and Conclusions of Law; Declaration of Jan Harlan; Declaration of Michael Kory and Declaration of Roberta Thornburg filed concurrently herewith] |
| Counter-claimant, | |
| v. | |
| SERENDIP LLC, a New York limited liability company, and WENDY CARLOS, an individual, | Date:          November 30, 2009 Time:          9:00 a.m. Courtroom:   850 |
| Counter-defendants | |

CALDWELL
LESLIE &
PROCTOR

## DECLARATION OF LINDA M. BURROW

I, Linda M. Burrow, declare as follows:

1.      I am an attorney admitted to practice in the state of California, and am a shareholder at the law firm of Caldwell Leslie & Proctor PC ("Caldwell Leslie" or the "Firm"), counsel for Warner Bros. Entertainment Inc. ("Warner Bros.") in this action.  I am the attorney at Caldwell Leslie with primary responsibility for this case and have been involved in this litigation since its inception.  I have firsthand knowledge of the facts stated herein, and could and would testify competently thereto if called as a witness in this matter.

2.      Attached hereto as "Franklin Depo." are true and correct copies of excerpts from the Deposition of Annemarie Franklin, which I took on September 16, 2009 in New York, New York.

3.      Attached hereto as "Carlos Depo." are true and correct copies of excerpts from the Deposition of Wendy Carlos, which I took on September 17, 2009 in New York, New York.

4.      Attached hereto as Exhibit "1" is a true and correct copy of an Agreement between Trans-Electronic Music Productions, Inc. and Polaris Productions, Inc., which was marked as Exhibit 4 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 31:21-32:19.

5.      Attached hereto as Exhibit "2" is a true and correct copy of the music cue sheet for *A Clockwork Orange* dated March 24, 1972 which was produced by Warner Bros. in this litigation as WB000051 to WB000052.  I have compared the music cues in this cue sheet to the film *A Clockwork Orange* and believe it to be accurate.

6.      Attached hereto as Exhibit "3" is a true and correct copy of a DVD set containing *2001: A Space Odyssey; A Clockwork Orange; The Shining; Full Metal Jacket; Eyes Wide Shut;* and *Stanley Kubrick: A Life in Pictures* that I purchased from Amazon.com on November 3, 2009.

CALDWELL
LESLIE &
PROCTOR

-1-

7.     Attached hereto as Exhibit "4" is a true and correct copy of a letter on Trans-Electronic Music Productions, Inc. letterhead dated March 29, 1980 from Wendy Carlos and Rachel Elkind to Stanley Kubrick.  This letter was produced in this litigation as document JH 005 by Jan Harlan.

8.     Attached hereto as Exhibit "5" is a true and correct copy of a document entitled "Composer Loanout Agreement" dated January 25, 1980 which was marked as Exhibit No. 9 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 94:22-24, 95:12-96:4.  This document was also used as an exhibit to the Deposition of Wendy Carlos and authenticated by Ms. Carlos at 87:14-24.

9.     Attached hereto as Exhibit "6" is a true and correct copy of a January 25, 1980 letter agreement between Peregrine Filmmaatschappij, N.V. and Trans-Electronic Music Productions, Inc., which was marked as Exhibit No. 10 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 94:25-95:6, 97:17-22.  This document was also used as an exhibit to the Deposition of Wendy Carlos and authenticated by Ms. Carlos at 90:22-91:7.

10.     Attached hereto as Exhibit "7" is a true and correct copy of an undated document entitled "Copyright Assignment" which was marked as Exhibit No. 3 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 27:20-28:5.

11.     Attached hereto as Exhibit "8" is a true and correct copy of an email dated February 15, 2001 from Wendy Carlos to Vivian Kubrick, which was produced by Plaintiffs in conjunction with their Rule 26 initial disclosures.  This document was marked as Exhibit No. 13 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 108:18-109:22.

12.     Attached hereto as Exhibit "9" is a true and correct copy of an email dated February 14, 2001 from Vivian Kubrick to Wendy Carlos, which was produced by Plaintiffs in response to discovery in this action.  This document was marked as Exhibit No. 12 at the Deposition of Annemarie Franklin and authenticated

CALDWELL
LESLIE &
PROCTOR

by Ms. Franklin at 107:22-108:7.  This document was also used as an exhibit at the Deposition of Wendy Carlos and authenticated by Ms. Carlos at 95:25-96:7.

13.     Attached hereto as Exhibit "10" is a true and correct copy of an email exchange between Annemarie Franklin, Ned Price and Vivian Kubrick dated February 16, 2001, which was produced by Plaintiffs in conjunction with their Rule 26 initial disclosures.  This document was marked as Exhibit No. 14 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 110:18-111:2.

14.     Attached hereto as Exhibit "11" is a true and correct copy of a March 2001 email exchange between Wendy Carlos, Jan Harlan and Melanie Viner Cuneo, which was produced by Plaintiffs in response to discovery in this action.  This document was marked as Exhibit 25 at the deposition of Wendy Carlos and authenticated by Ms. Carlos at 49:5-25.

15.     Attached hereto as Exhibit "12" is a true and correct copy of an email dated September 5, 2006 from "serendip@nyc.rr.com" to Jan Harlan, which was produced by Plaintiffs in conjunction with their Rule 26 initial disclosures.

16.     Attached hereto as Exhibit "13" is a true and correct copy of a September 6, 2006 email exchange between Jan Harlan and Annemarie Franklin, with copy to Wendy Carlos, which was produced by Plaintiffs in conjunction with their Rule 26 initial disclosures.

17.     Attached hereto as Exhibit "14" is a true and correct copy of an email from Jan Harlan to "serendip@nyc.rr.com" and "wencar@nyc.rr.com" dated September 7, 2006, which was produced by Plaintiffs in conjunction with their Rule 26 initial disclosures in this action.

18.     Attached hereto as Exhibit "15" is a true and correct copy of an email exchange dated November 3, 2006 between Jan Harlan, Annemarie Franklin and Wendy Carlos, which was produced by Plaintiffs in response to discovery in this action.

CALDWELL
LESLIE &
PROCTOR

-3-

19.    Attached hereto as Exhibit "16" is a true and correct copy of an email exchange dated September 10, 2006 between Jan Harlan and Annemarie Franklin, which was produced by Plaintiffs in response to discovery in this action.

20.    Attached hereto as Exhibit "17" is a true and correct copy of a September 24, 2007 letter from Annemarie Franklin to Alan F. Horn, which was marked as Exhibit No. 5 at the Deposition of Annemarie Franklin and authenticated by Ms. Franklin at 33:4-14.


I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on November 4, 2009, at Los Angeles, California


By _____/s/_____
        LINDA M. BURROW