**EXHIBIT 2**

POLARIS PRODUCTIONS, INC. - HAWK FILMS LTD.          MARCH 24, 1972
DISTRIBUTED BY WARNER BROS. INC.

## "A CLOCKWORK ORANGE"

### REELS 1 & 2

| NO. | SELECTION | COMPOSER | PUBLISHER | HOW USED | TIME |
|---|---|---|---|---|---|
| 1.(a) | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | BKG.INST. | 2:17 |
| (b) | MOLLY MALONE | JAMES YORKSTON | PUBLIC DOMAIN | VIS.VOC. | 0:56 |
| 2. | OH DEAR LAND | JAN HARLAN- ANTHONY BURGESS | TEMPI MUSIC | VIS.VOC. | 0:07 |
| 3. | THE THIEVING MAGPIE | GIOACHINO ROSSINI | PUBLIC DOMAIN | BKG.INST. | 5:12 |
| 4.(a) | SINGING IN THE RAIN | NACIO HERB BROWN- ARTHUR FREED | ROBBINS MUSIC CORP. | VIS.VOC. | 2:01 |
| (b) | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | BKG.INST. | 1:26 |
| 5.(a) | BEETHOVEN 9TH SYMPHONY 4TH MOVEMENT | LUDWIG VAN BEETHOVEN- ARR. WALTER CARLOS | TEMPI MUSIC | VIS.VOC. | 0:27 |
| (b) | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | BKG.INST. | 1:39 |

### REELS 3 & 4

| NO. | SELECTION | COMPOSER | PUBLISHER | HOW USED | TIME |
|---|---|---|---|---|---|
| 6. | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | VIS.WHIS. | 1:57 |
| 7. | BEETHOVEN 9TH SYMPHONY 2ND MOVEMENT | LUDWIG VAN BEETHOVEN | PUBLIC DOMAIN | BKG.INST. | 3:27 |
| 8.(a) | BEETHOVEN 9TH SYMPHONY 4TH MOVEMENT | LUDWIG VAN BEETHOVEN- ARR. WALTER CARLOS | TEMPI MUSIC | BKG.INST. | 2:17 |
| (b) | WILLIAM TELL OVERTURE | GIOACHINO ROSSINI- ARR. WALTER CARLOS | TEMPI MUSIC | BKG.INST. | 1:15 |

### REELS 5 & 6

| NO. | SELECTION | COMPOSER | PUBLISHER | HOW USED | TIME |
|---|---|---|---|---|---|
| 9. | THE THIEVING MAGPIE | GIOACHINO ROSSINI | PUBLIC DOMAIN | BKG.INST. | 10:15 |
| 10. | WILLIAM TELL OVERTURE | GIOACHINO ROSSINI | PUBLIC DOMAIN | BKG.INST. | 0:47 |

### REELS 7 & 8

| NO. | SELECTION | COMPOSER | PUBLISHER | HOW USED | TIME |
|---|---|---|---|---|---|
| 11. | I WAS A WANDERING SHEEP | H. BONAR- H. J. GAUNTLETT | PUBLIC DOMAIN | VIS.VOC. | 0:49 |
| 12. | SCHEHERAZADE | RIMSKY KORSAKOFF | PUBLIC DOMAIN | BKG.INST. | 0:39 |
| 13. | SCHEHERAZADE | RIMSKY KORSAKOFF | PUBLIC DOMAIN | BKG.INST. | 0:39 |
| 14. | POMP AND CIRCUMSTANCE MARCH #1 | EDWARD ELGAR | MECHANICAL-COPY- RIGHT PROTECTION SOCIETY LIMITED BEHALF SIR EDWARD ELGAR WILL TRUST | BKG.INST. | 1:56 |
| 15. | POMP AND CIRCUMSTANCE MARCH #4 | EDWARD ELGAR | MECHANICAL-COPY- RIGHT PROTECTION SOCIETY LIMITED BEHALF SIR EDWARD ELGAR WILL TRUST | BKG.INST. | 2:28 |

"A CLOCKWORK ORANGE"                                                Page -2-

### REELS 9 & 10

| NO. | SELECTION | COMPOSER | PUBLISHER | HOW USED | TIME |
|---|---|---|---|---|---|
| 16. | TIME STEPS | WALTER CARLOS | TEMPI MUSIC | BKG. INST. | 3:24 |
| 17. | BEETHOVEN 9TH SYMPHONY 4TH MOVEMENT | LUDWIG VAN BEETHOVEN- ARR. WALTER CARLOS | TEMPI MUSIC | BKG. INST. | 3:43 |
| 18. | OVERTURE TO THE SUN | TERRY TUCKER | MILLS MUSIC, INC. | BKG. INST. | 2:18 |
| 19. | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | BKG. INST. | 2:19 |

### REELS 11 & 12

| 20. | I WANT TO MARRY A LIGHTHOUSE KEEPER | ERIKA EIGEN | MILLS MUSIC, INC. | BKG. VOC. | 1:10 |
|---|---|---|---|---|---|
| 21. | WILLIAM TELL OVERTURE | GIOACHINO ROSSINI | PUBLIC DOMAIN | BKG. INST. | 5:15 |
| 22. | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | BKG. INST. | 4:30 |

### REELS 13 & 14

| 23. | SINGING IN THE RAIN | NACIO HERB BROWN- ARTHUR FREED | ROBBINS MUSIC CORP. | VIS. VOC. | 2:40 |
|---|---|---|---|---|---|

### REELS 15 & 16

| 24. | BEETHOVEN 9TH SYMPHONY 2ND MOVEMENT | LUDWIG VAN BEETHOVEN- ARR. WALTER CARLOS | TEMPI MUSIC | BKG. INST. | 3:02 |
|---|---|---|---|---|---|
| 25. | MUSIC FOR THE FUNERAL OF QUEEN MARY | HENRY PURCELL- ARR. WALTER CARLOS | TEMPI MUSIC | BKG. INST. | 2:03 |
| 26. | BEETHOVEN 9TH SYMPHONY 4TH MOVEMENT | LUDWIG VAN BEETHOVEN | PUBLIC DOMAIN | BKG. VOC. | 1:26 |
| 27. | SINGING IN THE RAIN | NACIO HERB BROWN- ARTHUR FREED | ROBBINS MUSIC CORP. | BKG. VOC. | 2:35 |

WB 000052