1  CALDWELL LESLIE & PROCTOR, PC
   CHRISTOPHER G. CALDWELL, SBN 106790
2  Email: caldwell@caldwell-leslie.com
   LINDA M. BURROW, SBN 194668
3  Email: burrow@caldwell-leslie.com
   TINA WONG, SBN 250214
4  Email: wong@caldwell-leslie.com
   1000 Wilshire Blvd., Suite 600
5  Los Angeles, California 90017-2463
   Telephone (213) 629-9040
6  Facsimile (213) 629-9022

7  Attorneys for Defendant
   WARNER BROS. ENTERTAINMENT INC.

8

9

10                 UNITED STATES DISTRICT COURT

11          FOR THE CENTRAL DISTRICT OF CALIFORNIA

12

13

14  SERENDIP LLC & WENDY CARLOS,        CASE NO. CV 08-07739 RGK (RCx)

15          Plaintiffs,                  The Honorable R. Gary Klausner

16      v.

17                                       **DECLARATION OF MICHAEL J.
                                         KORY IN SUPPORT OF WARNER
18                                       BROS. ENTERTAINMENT INC.'S
                                         MOTION FOR PARTIAL
19  WARNER BROS. ENTERTAINMENT          SUMMARY JUDGMENT**
    INC.,
20                                       [Defendant and Counter-Claimant
            Defendants.                  Warner Bros. Entertainment Inc.'s
21                                       Notice of Motion and Motion for
                                         Partial Summary Judgment; Separate
22                                       Statement of Uncontroverted Facts and
                                         Conclusions of Law; Declaration of
23                                       Linda M. Burrow and Exhibits;
                                         Declaration of Jan Harlan and Exhibit;
24                                       and Declaration of Roberta Thornburg
                                         filed concurrently herewith]
25
                                         **Date:      November 30, 2009
26                                       Time:       9:00 a.m.
                                         Ctrm:       850**
27

28

CALDWELL
LESLIE &
PROCTOR

## DECLARATION OF

I, Michael J. Kory, declare and state:

1.      I am the Sr. VP of Worldwide Accounting at Warner Home Video a division of Warner Bros. Home Entertainment Inc., which is a wholly owned direct subsidiary of Warner Bros. Entertainment, Inc. ("Warner Bros."). I have held this position since January, 2007 and have been employed by Warner Bros. since August, 1982. I submit this declaration in support of Warner Bros.'s Motion for Partial Summary Judgment. Except as expressly stated, I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify accurately to their veracity.

2.      In my position at Warner Bros., I am responsible for Financial Accounting for Warner Home Video. Accordingly, I am familiar with the records Warner Bros. maintains relating to rights acquired by Warner Bros. for films Warner Bros. distributes via home video.

3.      Warner Bros. has distributed and sold *A Clockwork Orange* in home video format in the United States and internationally continuously since 1980. In the 29 years since *A Clockwork Orange* first appeared on home video, Warner Bros. has expended millions of dollars in the production, marketing, and distribution of *A Clockwork Orange* on home video. Over the past ten years alone, Warner Bros. has incurred at least $1.9 million in production, advertising and distribution expenses in connection with sales of home video copies of *A Clockwork Orange* in the United States.

4.      Warner Bros. has also distributed and sold a documentary motion picture entitled *Stanley Kubrick: A Life in Pictures* continuously since 2001 both

///
///
///

-1-

1  as individual DVDs and as part of box sets.  During that time, Warner Bros. has

2  invested close to $ 1 million in the production, marketing and distribution of *Life*

3  *in Pictures* in the United States.

4

5      I declare under penalty of perjury under the laws of the United States of

6  America that the foregoing is true and correct.  Executed this 4th day of

7  November, 2009 at Burbank, California.

8

9

10     _____

       NAME

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-