

"TITLE MUSIC
= from =
A CLOCKWORK ORANGE"
( Variations on a theme by Purcell )

— W. Carlos (1971)

For electronic media / synthesizer and
concrète sounds, in style of baroque orchestra


Exhibit A   CONFIDENTIAL   S-1126



Exhibit A          CONFIDENTIAL          S-1127









"THEME FROM A CLOCKWORK ORANGE"

"BEETHOVIANA"

(Variations on a theme by Purcell)

— W. Carlos (1971)

For electronic media/synthesizers, in the style of a small chamber orchestra









Exhibit A    CONFIDENTIAL    S-1135

