To: wc
Subject: Re: JH- it got through...
   From: Jan Harlan
   Date: Wed, 03 Jan 2007 16:00:09 +0000

It happened again - take 2

Thanks for your nice note, dear Wendy. Let me quickly clear the "mystery": It contains 2 clips - clip 1 Jack Nicholson says one or two sentences before Stanley's recorded speech. This clip does not concern you I just think you'll like it. The second clips is only you. You are demonstrating your contraptions and are talking very nicely and with great love and focus about how you created the music.

I want to suggest to WHV to use this after a "bonus clip" on "The Shining". It may be a bit late in the day since this second disc may be compiled already, but you never know. In any case I need your comprehensive approval first since the release I had for this material was for using it within "SK Life in Pictures" only. HURRY!

All the best, Jan

_____

  To: Jan Harlan
Subject: JH- the new DVD footage...
   From: wc
   Date: Sun, 07 Jan 2007 00:00:41 -0500

Hi, Jan--

The DVD arrived safely yesterday, not to worry. I fired up the aging studio computer, got the older system going, and finally was able to play it, even though it skipped and halted, but was enough to get a good idea of the footage.

==========
Now that you've left us stuck having to deal with Warner Brothers directly, adding more footage of me at this late date will only exacerbate the issue. You may not use this footage for any purpose. And don't send it on to the company, under any situation.
==========

--wendy

_____

  To: wc
Subject: Re: JH- the new DVD footage...
   From: Jan Harlan
   Date: Sun, 07 Jan 2007 06:49:37 +0000

Dear Wendy,

Fine, I'll tell them. They have the material, of course, it is theirs anyway and it is part of 6 possible clips. But whether they "have" this

Exhibit G

or not is irrelevant. I will tell WB that you do not approve the use of this footage outside the documentary on SK for which is was planned. I have no problem with this at all - I erroneously thought you might have liked this.
Lots of people would have liked it, I bet, but what do I know?

I don't understand your language:.

Left you stuck having to deal with WB directly? What does that mean?

What issue do I have with you that would be  exacerbated?

Please explain.

Jan

_____

Exhibit G