1 | CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
2 | Email: caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
3 | Email: burrow@caldwell-leslie.com
TINA WONG, SBN 250214
4 | Email: wong@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
5 | Los Angeles, California 90017-2463
Telephone (213) 629-9040
6 | Facsimile (213) 629-9022

7 | Attorneys for Defendant
WARNER BROS. ENTERTAINMENT INC.
8

9

10                 UNITED STATES DISTRICT COURT
11           FOR THE CENTRAL DISTRICT OF CALIFORNIA
12

13

| SERENDIP LLC & WENDY CARLOS, | CASE NO. CV 08-07739 RGK (RCx) |
|---|---|
| Plaintiffs, | The Honorable R. Gary Klausner |
| v. | |
| | **NOTICE OF LODGING MOTION PICTURE DVDs** |
| WARNER BROS. ENTERTAINMENT INC., | Date:  November 30, 2009<br>Time:  9:00 a.m.<br>Ctrm:  850 |
| Defendants. | |

CALDWELL
LESLIE &
PROCTOR

1  PLEASE TAKE NOTICE that Exhibit 3 which is an attachment to the
2  Declaration of Linda M. Burrow In Support Of Defendant's Motion for Partial
3  Summary Judgment, is a motion picture DVD Set and cannot be filed
4  electronically in PDF format, and thus has been lodged manually with the Court.

DATED: November 4, 2009              Respectfully submitted,

CALDWELL LESLIE & PROCTOR, PC

By /s/ Linda M. Burrow
   LINDA M. BURROW
Attorneys for Defendant WARNER BROS.
ENTERTAINMENT INC.

CALDWELL
LESLIE &
PROCTOR

-1-

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within entitled action. My business address is 1000 Wilshire Boulevard, Suite 600, Los Angeles, California 90017-2463.

On November 4, 2009, I served the within document(s) described below as:

**NOTICE OF LODGING MOTION PICTURE DVDs**

(X) **BY MAIL:** By placing a true copy thereof in sealed envelopes and causing them to be deposited in the mail at Los Angeles, California. The envelopes were mailed with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

( ) **BY FAX:** By transmitting a true copy thereof via facsimile machine to the offices or the parties listed on the attached Service List. I caused the copy to be transmitted from the facsimile number of Caldwell Leslie & Proctor, (213) 629-9022 or (213) 629-5584. The transmission was reported as complete and without error. A copy of the transmission report is attached to this Proof of Service.

( ) **BY ELECTRONIC MAIL:** By transmitting true copies of the above listed document(s) to the electronic mail addresses of the parties listed below.

( ) **BY PERSONAL DELIVERY:** by causing personal delivery by **APEX SERVICES** of the document listed above to the person(s) at the address set forth below.

Annemarie Franklin, Esq.
830 Broadway
P.O. Box 1024 Cooper Station
New York, NY 10276-1024
af102@nyc.rr.com

Frederick H. Cohn
61 Broadway, Ste. 1601
New York, NY 10006
fcohn@frederickhcohn.com

(X) **FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge, that I am employed in an office of a member of the Bar of this Court at whose direction this service was made, and that I executed this document on November 4, 2009 at Los Angeles, California.

_MIRELA POPESCU_