**Annemarie Franklin, Esq.** (CA Bar No. 150734)
E-mail: af102@nyc.rr.com
830 Broadway
P.O. Box 1024 Cooper Station
New York, NY 10276-1024
212-475-1630

8852 Sandpiper Circle
Fountain Valley, CA 92708
917-686-7420

**Frederick H. Cohn**
E-mail: fcohn@frederickhcohn.com
61 Broadway, Suite 1601
New York, NY 10006
212-768-1110

Attorneys for Plaintiffs and Counter-Defendants

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT INC., <br><br> Defendant. | CASE NO. CV 08-07739 RGK (RCx) <br><br> The Honorable R. Gary Klausner <br><br> **DECLARATION OF ANNEMARIE FRANKLIN IN OPPOSITION TO DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **Fed.R.Civ.P.56** <br><br> Date: November 30, 2009 <br> Time: 9:00 a.m. <br> Place: Courtroom 850 <br>     255 E. Temple St. <br>     Los Angeles, CA |
| WARNER BROS. ENTERTAINMENT INC., <br><br> Counter-Claimant, <br><br> v. <br><br> SERENDIP LLC & WENDY CARLOS, <br><br> Counter-Defendants. | |

## DECLARATION OF ANNEMARIE FRANKLIN

I, Wendy Carlos, hereby declare as follows:

1. I am an attorney admitted to practice in the state of California and the attorney for the Plaintiffs in this action. I make this Declaration in opposition to Defendant's motion for partial summary judgment. I have personal knowledge of the facts set forth in this Declaration, which are true to my own knowledge, and, if called as a witness, I could and would testify competently thereto.

2. Attached hereto as "AFDep" are true and correct copies of excerpts from the Deposition of Annemarie Franklin, which Linda Burrow, counsel for Defendant, took on September 16 in New York, NY.

3. Attached hereto as "WCDep" are true and correct copies of excerpts from the Deposition of Wendy Carlos, which Linda Burrow, counsel for Defendant, took on September 17 in New York, NY.

4. Attached hereto as Exhibit 1 are true and correct copies of letters I exchanged with representatives of Defendant in 2007.

5. Attached hereto as Exhibit 2 is a true and correct copy of a document produced by Defendant in this litigation.


I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.

November 16, 2009
New York, NY

　　　　　　　　　　___/s/___
　　　　　　　　　　**Annemarie Franklin**

-1-