REDACTED

**From:** Zajic, Keith
**Sent:** Tuesday, July 03, 2007 5:32 PM
**To:** Hernandez, Margarita; Jackson, Gita
**Subject:** RE: A Clockwork Orange Music Bed

Hi Margarita: It appears that the Beethoven piece is not clear for such WHV use. However, the opening credits music is clear for such WHV use without payment of additional fees.


Regards,

Keith Zajic

-----Original Message-----
**From:** Hernandez, Margarita
**Sent:** Monday, June 11, 2007 7:18 PM
**To:** Jackson, Gita
**Cc:** Zajic, Keith
**Subject:** FW: A Clockwork Orange Music Bed

Dear Gita,

For the home video release of the 1971 WB film *A Clockwork Orange*, WHV would like to use the attached audio selections for the DVD main menu.  Please see e-mails below for the time codes reference points information.   I am hoping that you can identify the music and advise if it is clear for the intended use without the payment of additional fees.

Thank you very much for all your assistance with this project.  Should you have any questions or concerns, please do not hesitate to contact me.

Best,

Margarita Hernandez

**WB 000253**