**Annemarie Franklin, Esq.** (CA Bar No. 150734)
E-mail: af102@nyc.rr.com
830 Broadway
P.O. Box 1024 Cooper Station
New York, NY 10276-1024
212-475-1630

8852 Sandpiper Circle
Fountain Valley, CA  92708
917-686-7420

**Frederick H. Cohn**
E-mail: fcohn@frederickhcohn.com
61 Broadway, Suite 1601
New York, NY 10006
212-768-1110

Attorneys for Plaintiffs and Counter-Defendants
[Additional Counsel appear on next page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>Plaintiffs,<br>v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>Defendant. | CASE NO. CV 08-07739 RGK (RCx)<br><br>The Honorable R. Gary Klausner<br><br>**JOINT EXHIBIT LIST (with OBJECTIONS)** |
| WARNER BROS. ENTERTAINMENT INC.,<br><br>Counter-Claimant,<br>v.<br><br>SERENDIP LLC & WENDY CARLOS,<br><br>Counter-Defendants. | **Pretiral Conference**<br>Date: January 4, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 850<br><br>**Tiral**<br>Date: January 19, 2010<br>Time: 9:00 a.m.<br>Place: Courtroom 850 |

-1-

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, SBN 106790
Email: caldwell@caldwell-leslie.com
LINDA M. BURROW, SBN 194668
Email:  burrow@caldwell-leslie.com
TINA WONG, SBN 250214
Email: wong@caldwell-leslie.com
1000 Wilshire Blvd., Suite 600
Los Angeles, California  90017-2463
Telephone (213) 629-9040
Facsimile (213) 629-9022

Attorneys for Defendant and Counter-claimant
WARNER BROS. ENTERTAINMENT INC.

*Serendip LLC & Wendy Carlos v. Warner Bros. Entertainment Inc.*
U.S. District Court, Central Dist. of CA, Case No. CV 08-07739 RGK (RCx)

## JOINT EXHIBIT LIST

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 5 | 09/24/07 | Letter from A. Franklin to A.F. Horn/WB re music licensing for Kubrick video set | WB 000027 |
| 7 | 11/18/06 | E-mail from W. Carlos to J. Harlan | S-339 – S-343 |
| 8 | 090/9/06 | E-mail from J. Harlan to W. Carlos | S 000158 – S 000166 |
| 9 | 01/25/80 | Composer Loanout Agreement between Peregrine and Trans-Electronic Music Productions, Inc. re W. Carlos and R. Elkind, fully executed; attached Terms & Conditions + Exhibit A and Royalty Schedule | WB 000091 – WB 000103 |
| 10 | 01/25/80 | Letter agreement between Peregrine and Trans-Electronic Music Productions, Inc. re demonstration tape for "The Shining," fully executed | WB 000028 |
| 11 | 07/31/99 | E-mail from Vivian to W. Carlos | S 000203 – S 000205 |
| 12 | 02/14/01 | E-mail from Vivian to W. Carlos | S-366 |
| 13 | 02/15/01 | E-mail from W. Carlos to Vivian | S 000211 – S 000212 |
| 14 | 02/16/01 | E-mail from N. Price to W. Carlos | S 000220 |
| 15 | 11/24/98 | Page from W. Carlos's website mentioning that "The Shining" score is in "legal limbo" | None |
| 16 | None | Portion of W. Carlos's website titled "FAQ's 'n' Facts" | None |
| 17 | None | Portion of W. Carlos's website titled "The W. Carlos Discography" | None |
| 18 | 3/7/01 | E-mail from J. Harlan to W. Carlos | None |
| 19 | 6/27/03 | E-mail from W. Carlos to J. Harlan | S-229 – S-230 |
| 20 | 11/11/04 | Individual Release from W. Carlos to J. Harlan re extra features for the Kubrick Collection, executed, with fax header dated 11/11/04 | WB 000293 |
| 21 | 5/19/03 | E-mail from J. Harlan to W. Carlos | None |
| 22 | 8/10/09 | [Verified] Plaintiff & Counter-Defendant Serendip LLC's Response & Objections to Defendant's First Set of Interrogatories | None |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 23 | 8/10/09 | Plaintiff & Counter-Defendant Serendip LLC's Response & Objections to Defendant's First [Set of] Requests for Admissions | None |
| 24 | 8/3/09 | Synchronization & Master License Agreement between Lorac Productions, Inc. and Serendip LLC, unexecuted | S-1091 – S-1094 |
| 25 | 3/5/01 | E-mail from J. Harlan to W. Carlos | S-221 – S-222 |
| 26 | 4/10/03 | E-mail from J. Harlan to W. Carlos | S 000099 |
| 27 | 4/11/03 | E-mail from W. Carlos to J. Harlan | S-226 – S-227 |
| 28 | 1/11/07 | E-mail from W. Carlos to J. Harlan | S-352 – S-353 |
| 29 | 4/21/00 | E-mail from J. Harlan to W. Carlos | S-? |
| 30 | None | Portion of W. Carlos's website titled "An Open Letter, Part 5" | None |
| 31 | 10/29/04 | Synchronization License Agreement between EuropaCorp and Serendip LLC, unexecuted | S-1071 – S-1074 |
| 31A | 8/10/09 | [Verified] Plaintiff & Counter-Defendant W. Carlos's Response & Objections to Defendant's First Set of Interrogatories | None |
| 32 | 3/4/09 | Letter from W. Carlos to C. Kubrick | S-382 – S-383 |
| 33 | 3/18/09 | Letter from W. Carlos to C. Kubrick | S-384 – S-385 |
| 34 | 4/21/00 | E-mail from W. Carlos to J. Harlan | S-207 – S-208 |
| 54 | 11/20/09 | Rebuttal Report of Edward Pierson | |
| 62 | 10/19/09 | Expert Report of Dr. Lawrence Ferrara, with Exhibits | |
| 64 | 11/04/09 | Declaration of Wendy Carlos in Support of Plaintiffs' Motion for Partial Summary Judgment | |
| TBD | | Documents marked at deposition of Judith Finell | |
| TBD | | Documents produced by Judith Finell at her deposition | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 80` | 6/01/71 | ACO Agreement between Polaris & TEMPI | |
| 81 | 12/08/71 | Copyright Reg. Cert. "Title Music ACO" | S-1000-02 |
| 82 | 6/12/09 | Renewal Reg. Cert. "Title Music ACO" | S-1003-04 |
| 83 | 12/08/71 | Copyright Reg. Cert. "Theme ACO" | S-1010-12 |
| 84 | 6/12/09 | Renewal Reg. Cert. "Theme ACO" | S-1013-14 |
| 85 | 4/02/73 | Copyright Reg. Cert. "March ACO" | S-1005-07 |
| 86 | 6/12/09 | Renewal Reg. Cert. "March ACO" | S-1008-09 |
| 87 | 5/14/71 | Copyright Reg. Cert. "Timesteps" | S-1105-07 |
| 88 | 6/12/09 | Renewal Reg. Cert. "Timesteps" | S-1015-16 |
| 89 | 10/24/72 | Copyright Reg. Cert. Sound Record. WC CO | S-1100-02 |
| 90 | 12/29/00 | Renewal Reg. Cert. Sound Record. WC CO | S-1017-18 |
| 91 | 11/27/07 | Copyright Reg. Cert. "Clockwork Orange – Wendy Carlos's Complete Original Score" | S-1019-22 |
| 92 | 11/12/07 | Copyright Reg. Cert. "Rediscovering Lost Scores" | S-1023-24 |
| 93 | 12/08/71 | Copyright Reg. Cert. "Country Lane" | S-1108-10 |
| 94 | 6/12/09 | Renewal Reg. Cert. "Country Lane" | S-1111-12 |
| 95 | | Warner ACO soundtrack album CD | |
| 96 | | Stanley Kubrick Directors Series DVD set | |
| 97 | | Music cue list Wendy Carlos music in set | |
| 98 | | Demonstrative CD "Title Music ACO" | |
| 99 | | Demonstrative CD "Beethoviana" | |
| 100 | | Demonstrative CD "Still Tickin'" comparison | |
| 101 | | Written score "Title Music ACO" | S-1125-30 |
| 102 | | Written score "Theme ACO/Beethoviana" | S-1131-36 |
| 103 | | Written original sketch "Beethoviana" | S-1177 |
| 104 | | Written score "Timesteps" | S-1137-76 |
| 105 | | Reference score Purcell "Music for Funeral of Queen Mary' | |
| 106 | | Reference score Beethoven 9th Sym, 4th move. | |
| 107` | | Judith Finell Expert Report | |
| 108 | | Warner Bros. home video sales data | |
| 109 | | Demonstrative DVD ACO scenes no music | |
| 110 | | Michael A. Einhorn, Ph.D. Expert Report | |
| 111 | 1/2007 | E-mail exchange Jan Harlan – Wendy Carlos | |
| 112 | 9/2007 | Letter from Annemarie Franklin to A. Horn | |
| 113 | 10/2007 | Letter from Keith Zajic to A. Franklin | |
| 114 | 10/2007 | Letter from Annemarie Franklin to K. Zajic | |
| 115 | | Pages from Warner Bros. website promo | |
| 116 | | Copy of "Stanley Kubrick Collection" cover | |
| 117* | | E-mail communications with Vivian Kubrick | |
| 118* | | E-mail communications with Jan Harlan | |

3

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 119 | 2/xx/09 | Warner Bros. copyright applications | WB 6,7,9,10,16,18 |
| 120 | | Warner Bros. certificate of incorporation | WB-000002-4 |
| 121 | | Assignment W. Carlos/TEMPI to Serendip | S-1070 |
| 122 | | Demo reel cue sheet | S-1055 |

4

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 200 | 2008 | DVD Box Set: Stanley Kubrick – Warner | |
| 201 | 03/29/80 | Letter from Wendy Carlos, Rachel Elkind/Trans-Electronic Music Productions, Inc. to Stanley Kubrick/Peregrine Films | JH 005 |
| 202 | 09/05/06 | E-mail from Annemarie Franklin to Jan Harlan | S 000041 |
| 203 | 09/06/06 | E-mail exchange between Jan Harlan and Annemarie Franklin, Wendy Carlos | S 000046 – S 000049 |
| 204 | 09/07/06 | E-mail from J. Harlan to Annemarie Franklin | S 000050 |
| 205 | 11/03/06 | E-mail exchange between Jan Harlan and Annemarie Franklin, Wendy Carlos | S 000323 – S 000325 |
| 206 | 09/10/06 | E-mail exchange between Jan Harlan and Annemarie Franklin | S 000264 – S 000266 |
| 207 | 06/27/03 | E-mail exchange between Jan Harlan and Wendy Carlos | JH 003 – JH 004 |
| 208 | 03/05/01 | E-mail exchange between Jan Harlan and Wendy Carlos | JH 008 – JH 009 |
| 209 | 04/11/03 | E-mail exchange between Jan Harlan and Wendy Carlos | JH 011 |
| 210 | | Sheet music with handwritten title "Rossini: The Thieving Magpie" | MB 001 – MB 005 |
| 211 | | Sheet music with handwritten title "Rossini: William Tell" | MB 006 – MB 018 |
| 212 | 08/02/06 | Synchronization License Agreement between Serendip LLC and Wah Film Productions Ltd. (unexecuted) | S 001075 – S 001078 |
| 213 | 11/15/06 | Synchronization and Master License Agreement between Serendip LLC and New Line Productions, Inc. (unexecuted) | S 001079 – S 001082 |
| 214 | 09/30/08 | Synchronization and Master License Agreement between Serendip LLC and Warner Bros. Entertainment Inc. (unexecuted) | S 001083 – S 001086 |
| 215 | 11/26/08 | Synchronization and Master License Agreement between Serendip LLC and Tristar Marketing Group, Inc. (unexecuted) | S 001087 – S 001090 |
| 216 | 08/03/09 | Synchronization and Master License Agreement between Serendip LLC and Lorac Productions, Inc. (unexecuted) | S 001091 – S 001094 |
| 217 | 09/23/09 | Warner Home Video Net Profit Summary Report, Expense Detail Report, and Revenue Detail Report re *A Clockwork Orange* for 10/03 – 08/07 | WB 001178 – WB 001180 |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 218 | 09/23/09 | Warner Home Video Net Profit Summary Report, Expense Detail Report, and Revenue Detail Report re *Kubrick: Life in Pictures* 10/04 – 08/07 | WB 001181 – WB 001183 |
| 219 | 09/23/09 | Warner Home Video Net Profit Summary Report, Expense Detail Report, and Revenue Detail Report re *The Shining* for 10/04 – 08/07 | WB 001184 – WB 001186 |
| 220 | 10/21/09 | Tabulation titled "International Home Video Analysis" re *A Clockwork Orange* for 10/01/03 – 06/30/09 | WB 001187 |
| 221 | 10/20/09 | Warner Home Video International Revenue Report re *A Clockwork Orange* for 10/03 – 06/09 | WB 001188 – WB 001189 |
| 222 | 10/20/09 | Warner Home Video Profit & Loss Report re *A Clockwork Orange* for 09/03 – 05/09 | WB 001190 – WB 001196 |
| 223 | 10/20/09 | Warner Home Video Inventory Report re *A Clockwork Orange* for 09/03 – 05/09 | WB 001197 – WB 001202 |
| 224 | 04/04/72 | Music cue sheet for *A Clockwork Orange* | WB 000051-52 |
| 225 | 10/28/80 | Music cue sheet for *The Shining* | WB 000054 – WB 000055 |
| 226 | Undated | Music cue sheet for *Stanley Kubrick: A Life in Pictures* | WB 000114 – WB 000118 |
| 227 | 07/05/06 | Music cue sheet for *Great Bolshy Yarblockos! Making A Clockwork Orange* | WB 000496 – WB 000497 |
| 228 | Undated | Handwritten music cue sheet for *The Return of A Clockwork Orange* | WB 001133 |
| 229 | 04/09/99 | Letter from Annemarie Franklin to Ted Dane/Warner Bros. responding to 04/01/99 letter | S 000460 – S 000462 |
| 230 | 06/04/99 | Warner Bros. memorandum from Danny Gould to Jackie Hayes re Promotional Reel of *The Shining* | WB 000625 |
| 231 | 07/31/99 | E-mail exchange between Wendy Carlos and Vivian Kubrick | S 000373 – S 000374 |
| 232 | 07/31/99 | E-mail exchange between Wendy Carlos and Vivian Kubrick | S 000206 |
| 233 | 07/31/99 | E-mail exchange between Wendy Carlos and Vivian Kubrick | S 000202 |
| 234 | 02/13/00 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000126 – S 000127 |
| 235 | 03/08/00 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000203 – S 000204 |

6

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 236 | 04/22/00 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000209 – S 000210 |
| 237 | 04/22/000 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000111 |
| 238 | 04/23/00 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000185 – S 000186 |
| 239 | 04/23/00 | E-mail exchange between Annemarie Franklin and Jan Harlan | S 000215 – S 000216 |
| 240 | 05/17/03 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000124 – S 000125 |
| 241 | 01/17/04 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000236 – S 000238 |
| 242 | 11/16/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000330 – S 000333 |
| 243 | 07/13/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000249 – S 000251 |
| 244 | 09/21/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000296 – S 000298 |
| 245 | 09/26/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000299 – S 000302 |
| 246 | 10/19/06 | E-mail exchange between Annemarie Franklin, Wendy Carlos and Jan Harlan | S 000313 – S 000315 |
| 248 | 10/25/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000318 – S 000319 |
| 249 | 11/15/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000327 – S 000329 |
| 252 | 10/05/07 | Letter from Keith Zajic/Warner Bros. to Annemarie Franklin responding to 09/24/07 letter | WB 000025 – WB 000026 |
| 253 | 10/11/07 | Letter from Annemarie Franklin to Keith Zajic/Warner Bros. responding to 10/05/07 letter | WB 000023 – WB 000024 |
| 254 | 10/12/07 | E-mail from Annemarie Franklin to Keith Zajic and attached 10/11/07 letter and related correspondence | WB 000057 – WB 00076 |
| 255 | 10/24/07 | E-mail exchange between Annemarie Franklin and Michelle Schultz/Warner Bros. | WB 000056; S 000387 – S 000388 |
| 256 | 03/18/08 | Letter from Dirk Hebert/Warner Bros. to Annemarie Franklin re attached 03/15/08 e-mail exchange | S 000519 – S 000524 |
| 257 | 02/21/08 | Synchronization and Master License Agreement between Serendip LLC and Warner Bros. Entertainment Inc. (unexecuted) | WB 000303 – WB 000306 |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 259 | 04/22/00 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000213 – S 000214 |
| 260 | 11/13/06 | E-mail exchange between Wendy Carlos and Jan Harlan | S 000326 |
| 261 | 02/16/01 | E-mail to Vivian Kubrick, copied to Ned Price/Warner Bros. | S 000378 |
| 262 | 03/28/09 | Letter to Wendy Carlos from Christianne Kubrick | S 000380 |
| 263 | 03/13/09 | Letter to Wendy Carlos, from Christianne Kubrick, copy to Jan Harlan | S 000381 |
| 264 | 08/23/99 | Letter from Annemarie Franklin to Ned Price/Warner Bros. re 08/10/99 letter (unexecuted) | S 000465 |
| 265 | Undated | Page from Wendy Carlos' website titled "Warnings" | None |
| 266 | Undated | Page from Wendy Carlos's website titled "Rediscovering Lost Scores, Volume One" | None |
| 267 | Undated | Page from Wendy Carlos's website titled "Rediscovering Lost Scores, Volume Two" | None |
| 268 | Undated | Page from Wendy Carlos's website titled "Wendy Carlos's Clockwork Orange (Complete Original Score)" | None |
| 269 | Undated | Page from Wendy Carlos's website titled "Vocoder Questions" | None |
| 270 | Undated | Page from Wendy Carlos's website titled "An Open Letter, Part One" | None |
| 271 | Undated | Page from Wendy Carlos's website titled "An Open Letter, Part Four" | None |
| 272 | Undated | Page from Wendy Carlos's website titled "Secrets of Synthesis" | None |
| 273 | Undated | Page from Wendy Carlos's website titled "The Circon" | None |
| 274 | Undated | Page from Wendy Carlos's website titled "Farewell, Stanley" | None |
| 275 | 10/21/09 | Plaintiff & Counter-Defendant Serendip LLC's Supplemental Response[s] & Objections to Defendant's First Set of Interrogatories | None |
| 276 | 10/22/09 | Plaintiff & Counter-Defendant Serendip LLC's Response[s] & Objections to Defendant's Second Set of Interrogatories | None |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 277 | 10/22/09 | Plaintiff & Counter-Defendant Serendip LLC's Response[s] & Objections to Defendant's Second [Set of] Requests for Admissions | None |
| 278 | 09/16/09 | Transcript of deposition of Annemarie Franklin | None |
| 279 | 09/17/09 | Transcript of deposition of Wendy Carlos, Vol. 1 | None |
| 280 | 11/24/09 | Transcript of deposition of Wendy Carlos, Vol. 2 | None |
| 281 | 11/23/09 | Transcript of deposition of Michael A. Einhorn, Ph.D. | None |
| 282 | 11/24/09 | Transcript of deposition of Lawrence Ferrara, Ph.D. | None |
| 283 | 12/08/09 | Transcript of deposition of Judith Finell | None |
| 284 | 10/21/09 | Expert Report of Edward Pierson | None |
| 285 | Undated | Curriculum Vitae of Edward Pierson | None |
| 286 | Undated | Curriculum Vitae of Lawrence Ferrara, PhD | None |
| 287 | Undated | Curriculum Vitae of Michael Einhorn, PhD | None |
| 288 | Undated | Curriculum Vitae of Judith Finell | None |
| 286 | 03/16/01 | Kubrick Documentary – Clearances Status Summary | WB 000755-WB 000767 |
| 287 | 03/12/01 | Kubrick Documentary – Clearances Status Summary | WB 000768-WB 000793 |
| 288 | 02/26/01 | Kubrick Documentary – Clearances Status Summary | WB 000794-WB 000806 |
| 289 | 02/13/01 | Kubrick Documentary – Clearances Status Summary | WB 000807-WB 000819 |
| 290 | 02/01/01 | Kubrick Documentary – Clearances Status Summary | WB 000970-WB 000979 |
| 291 | 01/31/01 | Cue sheet for *Stanley Kubrick: A Life in Pictures* and cover letter from J. Harlan to R. Thornburg | WB 000821-WB 000829 |
| 292 | Undated | Transcript for *Stanley Kubrick: A Life in Pictures* | WB 000831-WB 000949 |
| 293 | 03/07/06 | Email from Trisha Gum to Paul Lucida regarding attorney review of *Still Tickin': Return of Clockwork Orange* | WB 001040 |
| 294 | Undated | Credit information for *A Clockwork Orange* | WB 001069 – WB 001075 |
| 295 | 12/07/71 | Track listing for *A Clockwork Orange* soundtrack with handwritten notes | WB 001076 – WB 001077 |

9

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 296 | 03/26/99 | Letter from Anthony Frewin to Rick Senat regarding BBC exhibition of *The Making of the Shining* with facsimile confirmations | WB 001116 – WB 001121 |
| 297 | 07/01/71 | Letter from P.D. Knecht to Harold B. Cohn regarding "A Clockwork Orange" – Trans-Electronic Music, Inc. | WB 000157 |
| 298 | 07/26/71 | Letter from Harold B. Cohn to Rachel Elkind regarding "A Clockwork Orange" – Walter Carlos | WB 000158 |
| 299 | 08/20/71 | Letter from Harold B. Cohn to Peter Knect regarding "A Clockwork Orange" – Walter Carlos | WB 000159 |
| 300 | 01/24/73 | Letter from Lawrence Harris to Leo Harman regarding TEMPI | WB 000161 |
| 301 | 02/09/73 | Letter to Larry Harris from Leo Harman regarding "A Clockwork Orange" | WB 000162 |
| 302 | 06/16/77 | Production/Distribution Agreement between Peregrine Filmmaatschappij, N.V. and Warner Bros. Inc. | WB 000163 – WB 000201 |
| 303 | 12/14/07 | Email exchange between Michelle Schultz and Annemarie Franklin | WB 000263 – WB 000265 |
| 304 | 01/11/71 | Letter Agreement between Warner Bros. Inc., Polaris Productions, Inc. and Hawk Films, Ltd. | WB 000311 |
| 305 | 02/01/70 | Agreement between Polaris Productions, Inc. and Warner Bros., Inc. | WB 000312 - WB 000364 |
| 306 | 01/22/08 | Email from Annemarie Franklin to Michelle Schultz | WB 00601 |
| 307 | 11/11/04 | Individual Release signed by Wendy Carlos | WB 000602 |
| 308 | 07/30/99 | Letter from Jacqueine J. Hayes to Vivian Kubrick | WB 000620 |
| 309 | 07/21/07 | Email exchange between Margarita Hernandez and Paul Joyce | WB 000629 – WB 000631 |
| 310 | Undated | Copy of cassette tape + related sleeve titled "Trial of Mixes" of scenes from "The Snow Through Blood in Elevators" | WB 001134 – WB 001135 |
| 311 | Undated | Copy of cassette tape + related sleeve titled "Vocal & Piano – Manipulated Solos" (Sides A & B) | WB 001136 – WB 001137 |
| 312 | Undated | Copy of cassette tape + related sleeve titled "Wendy Carlos EP 21 + 22" (Sides A & B) | WB 001138 – WB 001139 |
| 313 | Undated | Copy of cassette tape + related sleeve titled "Shining - #5; 'Wind & Textures'; 21480 Stereo" (Sides A & B) | WB 001140 – WB 001141 |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 314 | Undated | Copy of cassette tape + related sleeve titled "Wendy Carlos Mixes" | WB 001142 – WB 001143 |
| 315 | Undated | Copy of cassette tape + related sleeve titled "Warners LIP 1" (Sides A & B) | WB 001144 – WB 001145 |
| 316 | Undated | Copy of cassette tape + related sleeve titled "W. Carlos; Apr. 11; Tape 101" | WB 001146 – WB 001147 |
| 317 | Undated | Copy of cassette tape + related sleeve titled "Shining #6; 'Piano & Autoharp & Synth.'" (Sides A & B) | WB 001148 – WB 001149 |
| 318 | Undated | Copy of cassette tape + related sleeve titled "Tape WC Apr. 25" | WB 001150 – WB 001151 |
| 319 | Undated | Copy of cassette tape + related sleeve titled "Copy of Wendy Carlos Master Tape of 18 April 1980" | WB 001152 – WB 001153 |
| 320 | Undated | Copy of cassette tape + related sleeve titled "W. Carlos / R. Elkind – 4 Different Music Mixes" | WB 001154 – WB 001155 |
| 321 | Undated | Copy of cassette tape + related sleeve titled "Wendy Carlos Musical Sketches for 'The Shining'" | WB 001156 – WB 001157 |
| 322 | Undated | Copy of cassette tape + related sleeve titled "Wendy Carlos – Tape 1; Feb. 10, 1980" | WB 001158 – WB 001159 |
| 323 | Undated | Copy of cassette tape + related sleeve titled "Shining - #3; 'Elements'" (Sides A & B) | WB 001160 – WB 001161 |
| 324 | Undated | Copy of vinyl record + related sleeve titled "Mastertape WC Apr. 30" | WB 001162 – WB 001163 |
| 325 | Undated | Copy of vinyl record + related sleeve titled "A = 26 Master; B = 19 Master" | WB 001164 – WB 001165 |
| 326 | Undated | Copy of vinyl record + related sleeve titled "Shining - #6; 'Piano & Autoharp Efx. & Synth.'; Sides A & B" | WB 001166 – WB 001168 |
| 327 | Undated | Copy of vinyl record + related sleeve titled "Shining - #5; 'Wind & Textures'; Sides A & B" | WB 001169 – WB 001171 |
| 328 | Undated | Copy of vinyl record + related sleeve titled "Shining - #4; 'Vocal & Piano – Manipulated Solos'; Sides A & B" | WB 001172 – WB 001174 |
| 329 | Undated | Copy of vinyl record + related sleeve titled "Shining - #2; 'Loops'; Sides A & B" | WB 001175 – WB 001177 |
| 330 | Undated | Copy of DVDs of Wendy Carlos interview (audio listed above) | |
| 331 | | Audio CD: Rediscovering Lost Scores, Vol. 1 | |
| 332 | | Audio CD: Rediscovering Lost Scores, Vol. 2 | |

| Exhibit No. | Date | Description | Bates Nos. |
|---|---|---|---|
| 333 | | Audio CD:  Official Soundtrack, Stanley Kubrick's *A Clockwork Orange* | |
| 334 | | Audio Vinyl Long-Playing Album: Official Soundtrack, Stanley Kubrick's *A Clockwork Orange* | |
| 335 | | VHS Copy – *A Clockwork Orange* | |
| 336 | | VHS Copy – The Shining | |
| 337 | 05/29/80 | Copyright Registration PA 77-409 for *The Shining* | |
| 338 | 03/02/09 | Copyright Registration PA 1-621-074 for *Clockworks* | |
| 339 | 03/02/09 | Copyright Registration PA 1-621-069 for *Nocturnal Valse Triste* | |
| TBD | | Demonstrative Exhibits | |

*Serendip LLC & Wendy Carlos v. Warner Bros. Entertainment Inc.*
U.S. District Court, Central Dist. of CA, Case No. CV 08-07739 RGK (RCx)

**DEFENDANT'S OBJECTIONS TO EXHIBITS DESIGNATED TRIAL BY PLAINTIFF**

| Exhibit | Objections |
|---|---|
| 80 | |
| 81 | FRE 802, 901 |
| 82 | FRE 802, 901 |
| 83 | FRE 802, 901 |
| 84 | FRE 802, 901 |
| 85 | FRE 802, 901 |
| 86 | FRE 802, 901 |
| 87 | FRE 802, 901 |
| 88 | FRE 802, 901 |
| 89 | FRE 802, 901 |
| 90 | FRE 802, 901 |
| 91 | FRE 802, 901 |
| 92 | FRE 802, 901 |
| 93 | FRE 402, 802, 901 |
| 94 | FRE 402, 802, 901 |
| 95 | |
| 96 | |
| 97* | FRE 402, 403, 602, 702, 802, 901 |
| 98* | FRE 402, 403, 602, 702, 802, 901 |
| 99* | FRE 402, 403, 602, 702, 802, 901 |
| 100* | FRE 402, 403, 602, 702, 802, 901 |
| 101 | FRE 402, 403, 802, 901 |
| 102 | FRE 402, 403, 802, 901 |
| 103 | FRE 402, 403, 802, 901 |
| 104 | FRE 402, 403, 802, 901 |
| 105 | FRE 901 |
| 106 | FRE 901 |
| 107 | FRE 402, 403, 602, 702, 802 |
| 108 | FRE 402, 403 (in part) |
| 109* | FRE 402, 403, 901 |
| 110 | FRE 402, 403, 602, 702, 802, 901 |
| 111 | FRE 802 |
| 112 | FRE 802 |

| | |
|---|---|
| 113 | FRE 408, 409 |
| 114 | FRE 402, 403, 602 |
| 115 | FRE 402 |
| 116 | FRE 402, 403 |
| 117 | |
| 118 | FRE 402, 403, 802 |
| 119 | |
| 120 | |
| 121 | FRE 802, 901 |
| 122 | FRE 802, 901 |

*Indicates document not previously provided to Defendant

| Exhibit | Objections |
|---|---|
| Plaintiffs submit these objections to the proposed exhibits of Defendant-Counter-Claimant Warner Bros Objections are based upon the presupposition that the article of evidence is to be used in Defendantt's case in chief. Defendant has failed to note those pieces of evidence intended to be used only if necessary for cross examination or rebuttal as required by Local Rule 16-6. | |
| | |
| | |
| 8 | FRE 802 |
| 11 | FRE 802 |
| 12 | FRE 802 |
| 14 | FRE 802 |
| 18 | FRE 802 |
| 21 | FRE 802 |
| 25 | FRE 802 |
| 26 | FRE 802 |
| 29 | FRE 802 |
| 32 | FRE 402 |
| 33 | FRE 402 |
| 203 | FRE 802 |
| 204 | FRE 802 |
| 205 | FRE 802 |
| 206 | FRE 802 |
| 207 | FRE 802 |
| 208 | FRE 802 |
| 209 | FRE 802 |
| 224 | FRE 802, 901, 1002 |
| 225 | FRE 802, 901, 1002 |
| 226 | FRE 802, 901, 1002 |
| 227 | FRE 802, 901, 1002 |
| 228 | FRE 802, 901, 1002 |
| 229 | FRE 402 |
| 230 | FRE 402, 802 |
| 232 | FRE 802 |
| 233 | FRE 802 |
| 234 | Unidentified |
| 235 | FRE 802 |
| 236 | FRE 802 |
| 237 | Unidentified |
| 238 | Unidentified |
| 243 | FRE 802 |
| 244 | FRE 802 |

| | |
|---|---|
| 246 | FRE 802 |
| 248 | FRE 802 |
| 249 | FRE 802 |
| 256 | FRE 402, 802 |
| 260 | FRE 802 |
| 262 | FRE 402, 802 |
| 263 | FRE 402, 802 |
| 264 | FRE 402 |
| 278 | Not properly identified per L.R. 16-2.7 |
| 279 | Not properly identified per L.R. 16-2.7 |
| 280 | Not properly identified per L.R. 16-2.7 |
| 281 | Not properly identified per L.R. 16-2.7 |
| 282 | Not properly identified per L.R. 16-2.7 |
| 283 | Not properly identified per L.R. 16-2.7 |
| 284 | FRE 802 |
| 286 | FRE 402, 802 |
| 287 | FRE 402, 802 |
| 288 | FRE 402, 802 |
| 289 | FRE 402, 802 |
| 290 | FRE 402, 802 |
| 291 | FRE 402, 802 |
| 292 | FRE 402, 802 |
| 203 | FRE 802 |
| 294 | FRE 402, 802 |
| 295 | FRE 402, 802 |
| 296 | FRE 802 |
| 297 | FRE 802 |
| 298 | FRE 802 |
| 299 | FRE 802 |
| 300 | FRE 802 |
| 301 | FRE 802 |
| 302 | FRE 402 |
| 303 | FRE 402 |
| 304 | FRE 402 |
| 305 | FRE 402 |
| 306 | FRE 402 |
| 308 | FRE 802 |
| 310 - 329 | FRE 402 |
| 334 | FRE 403 |
| 335 | FRE 403 |
| 336 | FRE 403 |
| 337 | FRE 901 |
| 338 | FRE 901 |
| 339 | FRE 901 |
| | |