CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
*caldwell@caldwell-leslie.com*
LINDA M. BURROW, State Bar No. 194668
*burrow@caldwell-leslie.com*
TINA WONG, State Bar No. 250214
*wong@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California 90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant and Counterclaimant
WARNER BROS. ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>    Plaintiff,<br><br>    v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS, | Case No. CV 08-7739 RGK (RCx)<br><br>**[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW CROSS-MOTIONS FOR SUMMARY JUDGMENT**<br><br>The Honorable R. Gary Klausner<br><br>Trial Date:     January 19, 2010 |

Having duly considered the Stipulation re Settlement and Continuance of Pre-Trial and Trial Dates jointly submitted by the Parties and good cause showing, the Court hereby ORDERS that the Parties' respective motions for partial summary judgment, filed on or about November 4, 2009, be deemed withdrawn without prejudice to either Party's ability to assert the arguments made in or in opposition to the respective motions at trial.

**IT IS SO ORDERED.**

Dated:   January 06, 2010

*/s/ Gary Klausner*

The Honorable R. Gary Klausner
United States District Court Judge

Submitted by:

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL
LINDA M. BURROW
TINA WONG

By:   _____/s/_____
       LINDA M. BURROW
    Attorneys for Defendant and Counter-claimant
    WARNER BROS. ENTERTAINMENT INC.