CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
 *caldwell@caldwell-leslie.com*
LINDA M. BURROW, State Bar No. 194668
 *burrow@caldwell-leslie.com*
TINA WONG, State Bar No. 250214
 *wong@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

Attorneys for Defendant and Counterclaimant
WARNER BROS. ENTERTAINMENT INC.

ANNEMARIE FRANKLIN, State Bar No. 150734
 *af102@nyc.rr.com*
830 Broadway
P.O. Box 1024 Cooper Station
New York, NY 10276-1024
212-475-1630

8852 Sandpiper Circle
Fountain Valley, CA  92708
917-686-7420

Attorneys for Plaintiffs and Counterdefendants
SERENDIP LLC and WENDY CARLOS

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>  Plaintiff,<br><br>  v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>  Defendant.<br><br>AND RELATED COUNTERCLAIMS, | Case No. CV 08-7739 RGK (RCx)<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE AND RESERVATION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>[F.R.C.P. 41(a)(1)(A)(ii)]<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>The Honorable R. Gary Klausner<br><br>Trial Date:     January 19, 2010 |

1   This Stipulation is entered into by and among Plaintiffs and
2   Counterdefendants Serendip LLC and Wendy Carlos (collectively, "Plaintiffs") and
3   Defendant and Counterclaimaint Warner Bros. Entertainment Inc. ("Warner Bros.")
4   by and through their respective counsel of record:
5   WHEREAS Plaintiffs filed their Amended Complaint in this Action on or
6   about December 8, 2008;
7   WHEREAS Warner Bros. filed its First Amended Counterclaim against
8   Plaintiffs on or about April 9, 2009;
9   WHEREAS Plaintiffs and Warner Bros. have entered into a Settlement
10  Agreement that provides for dismissal with prejudice of the above-entitled action
11  (the "Action") in exchange for good and valuable consideration;
12  WHEREAS the Settlement Agreement has been executed by all Parties;
13  WHEREAS the Parties anticipate that they will complete performance under
14  the Settlement Agreement within twenty-one (21) days of the date of this
15  Stipulation;
16  WHEREAS the Settlement Agreement provides that all Parties are to bear
17  their own attorneys fees and costs;
18  WHEREAS trial in this Action is currently scheduled for January 19, 2010 at
19  9:00 am;
20  WHEREAS in light of the upcoming trial, the Parties agreed that the Action
21  should be dismissed with prejudice; and
22  WHEREAS the Parties desire that the Court retain jurisdiction to enforce the
23  Settlement Agreement after the Action has otherwise been dismissed.
24  NOW, THEREFORE, pursuant to Federal Rule of Civil Procedure
25  41(a)(1)(A)(ii), the Parties hereby stipulate and agree as follows:
26
27
28

CALDWELL
LESLIE &
PROCTOR

-1-

STIPULATION FOR DISMISSAL

1. The Action should be DISMISSED WITH PREJUDICE, with each Party to bear its own attorneys fees and costs; and

2. The Parties respectfully request that this Court retain jurisdiction to enforce the Parties' Settlement Agreement.

Respectfully submitted,

DATED: January 14, 2010     CALDWELL LESLIE & PROCTOR, PC


By     /s/
　　　LINDA M. BURROW
Attorneys for Defendant and Counterclaimant
WARNER BROS. ENTERTAINMENT INC.

DATED: January 14, 2010


By     /s/ email authorization
　　　ANNEMARIE FRANKLIN
Attorneys for Plaintiffs and Counterdefendants
SERENDIP LLC and WENDY CARLOS