CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *caldwell@caldwell-leslie.com*
LINDA M. BURROW, State Bar No. 194668
  *burrow@caldwell-leslie.com*
TINA WONG, State Bar No. 250214
  *wong@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

JS-6

Attorneys for Defendant and Counterclaimant
WARNER BROS. ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS, <br><br> Plaintiff, <br><br> v. <br><br> WARNER BROS. ENTERTAINMENT INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS, | Case No. CV 08-7739 RGK (RCx) <br><br> **[PROPOSED] ORDER DISMISSING CASE AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** <br><br> The Honorable R. Gary Klausner <br><br> Trial Date:     January 19, 2010 |

CALDWELL
LESLIE &
PROCTOR

Having duly considered the Stipulation for Dismissal with Prejudice and Reservation of Jurisdiction to Enforce Settlement jointly submitted by the Parties and good cause showing, the Court hereby ORDERS that:

1. The Action is DISMISSED WITH PREJUDICE with each Party to bear its own fees and costs; and

2. The Court shall retain jurisdiction to enforce the Parties' Settlement Agreement.

**IT IS SO ORDERED.**

Dated:   January 15, 2010

The Honorable R. Gary Klausner
United States District Court Judge

CALDWELL
LESLIE &
PROCTOR

-1-