AO 121 (6/90)

| TO:<br><br>Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court, Central District of California<br>312 N. Spring Street<br>Los Angeles, CA 90012 |
|---|---|
| DOCKET NO.   DATE FILED<br>CV 08-07739 RGK (RCx) | |
| PLAINTIFF<br>SERENDIP LLC | DEFENDANT<br>WARNER BROS. ENTERTAINMENT INC. |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1  SR-610-074 | Clockwork Orange - Wendy Carlos's Complete Score | Wendy Carlos |
| 2  PA-1-590-608 | Clockwork Orange - Wendy Carlos's Complete Score | Wendy Carlos |
| 3  SR-610-073 | Rediscovering Lost Scores | Wendy Carlos |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED<br>01/15/2010 |
|---|---|---|
| CLERK<br>TERRY NAFISI | (BY) DEPUTY CLERK<br>*Irene Ramirez* | DATE<br>07/23/2010 |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

CALDWELL LESLIE & PROCTOR, PC
CHRISTOPHER G. CALDWELL, State Bar No. 106790
  *caldwell@caldwell-leslie.com*
LINDA M. BURROW, State Bar No. 194668
  *burrow@caldwell-leslie.com*
TINA WONG, State Bar No. 250214
  *wong@caldwell-leslie.com*
1000 Wilshire Boulevard, Suite 600
Los Angeles, California  90017-2463
Telephone: (213) 629-9040
Facsimile: (213) 629-9022

JS-6

Attorneys for Defendant and Counterclaimant
WARNER BROS. ENTERTAINMENT INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERENDIP LLC & WENDY CARLOS,<br><br>          Plaintiff,<br><br>     v.<br><br>WARNER BROS. ENTERTAINMENT INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS, | Case No. CV 08-7739 RGK (RCx)<br><br>**[PROPOSED] ORDER DISMISSING CASE AND RESERVING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>The Honorable R. Gary Klausner<br><br>Trial Date:    January 19, 2010 |

CALDWELL
LESLIE &
PROCTOR

1  Having duly considered the Stipulation for Dismissal with Prejudice and
2  Reservation of Jurisdiction to Enforce Settlement jointly submitted by the Parties
3  and good cause showing, the Court hereby ORDERS that:
4      1.  The Action is DISMISSED WITH PREJUDICE with each Party to bear its
5  own fees and costs; and
6      2.  The Court shall retain jurisdiction to enforce the Parties' Settlement
7  Agreement.
8
9
10 **IT IS SO ORDERED.**
11 Dated:   January 15, 2010
12
13                                                    The Honorable R. Gary Klausner
14                                                    United States District Court Judge